IN THE MATTER OF THE PETITION
FOR REINSTATEMENT OF
SHERWOOD R. WESCOTT TO THE
BAR OF MARYLAND

\*    IN THE

\*    SUPREME COURT

\*    OF MARYLAND

\*    AG No. 35

\*    September Term, 2025

O R D E R

Upon consideration of Sherwood R. Wescott's amended petition for reinstatement and Bar Counsel's response to the amended petition, it is this 24th day of April 2026, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that Sherwood R. Wescott is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk shall give notice of this Order in accordance with Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk